DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISIDRO CHAVEZ-TAFOLLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-0191 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING SENTENCING; ORDER THEREON |
| v. | ) | |
| ISIDRO CHAVEZ-TAFOLLA, | ) | Date: August 22, 2008<br>Time: 9:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Laurel Montoya, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Isidro Chavez-Tafolla, that the sentencing hearing currently set for July 11, 2008 at 9:00 a.m., **may be continued to August 22, 2008, at 9:00 A.M.**

This continuance request is made at the request of counsel for Defendant Isidro Chavez-Tafolla because he needs additional time to conduct some investigation prior to sentencing.

///
///
///
///
///

|   |   |   |
|---|---|---|
|   |   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: July 10, 2008 | By: | /s/ Victor M. Chavez with consent of<br>   Laurel Montoya<br>LAUREL MONTOYA<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 10, 2008 | By: | /s/ Victor M. Chavez<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>Isidro Chavez-Tafolla |

**ORDER**

IT IS SO ORDERED.

**Dated:   July 10, 2008**          /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE