DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISIDRO CHAVEZ-TAFOLLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>   v.<br><br>ISIDRO CHAVEZ-TAFOLLA, *et al.,*<br><br>   *Defendants.* | No. 1:07-cr-0191 LJO<br><br>STIPULATION CONTINUING SENTENCING; ORDER THEREON<br><br>Date: September 12, 2008<br>Time: 9:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

   **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Laurel Montoya, Counsel for Plaintiff, Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Isidro Chavez-Tafolla, and Steven L. Crawford, Counsel for Defendant Fernando Pacheco, that the sentencing hearings currently set for July 25, 2008 for Fernando Pacheco and August 22, 2008 for Isidro Chavez-Tafolla, **may both be continued to September 12, 2008, at 9:00 A.M.**

   This continuance request is made because Defendant Chavez-Tafolla initially asked to move his sentencing date from July 11, 2008 to August 22, 2008 in order to conduct some investigation. Defendant Pacheco had previously requested his sentencing be moved to July 25, 2008. As it turns out, government counsel will not be available on August 22, 2008 and the defendants would like to be sentenced on the

///

1 | same date and can use the additional time for preparation. Therefore, the parties stipulate and propose that
2 | both of these sentencings be reset to September 12, 2008.

                                                McGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ Victor M. Chavez with consent of
DATED: July 16, 2008                      By:    Laurel Montoya
                                                LAUREL MONTOYA
                                                Assistant United States Attorney
                                                Counsel for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: July 16, 2008                      By:  /s/ Victor M. Chavez
                                                VICTOR M. CHAVEZ
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Isidro Chavez-Tafolla

Dated: July 16, 2008                            /s/ Steven L. Crawford
                                                STEVEN L. CRAWFORD
                                                Attorney for Fernando Pacheco

                                          **ORDER**

Good cause (i.e. unavailability of counsel) is a legitimate ground for the requested moving of the sentencing date.   Request is Granted.

IT IS SO ORDERED.

**Dated:   July 16, 2008**                      /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE